UBALDO MARTINEZ, Plaintiff-Appellee, *v.* AURELIA VALDEZ, Defendant-Appellant.

(No. 56325; 

First District (3rd Division)—January 11, 1973.

PER CURIAM.

Alvin E. Rosenbloom, of Chicago, for appellant.

Donald Lipman and Saul P. Leibowitz, both of Chicago, for appellee.